UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-20298
_____


UNITED STATES OF AMERICA                                    PLAINTIFF-APPELLEE

versus

EFRAIN MADRIZ MADRIGAL; LYNN EDWARD REECE and
ALBERTO ECHEVERRIA also known as Quate        DEFENDANTS-APPELLANTS


_____

Appeal from the United States District Court
for the Southern District of Texas, Houston
(CR-H-94-103-12)
_____
September 8, 1997
Before REAVLEY, BARKSDALE, and STEWART, Circuit Judges:

PER CURIAM:[*]

   **AFFIRMED.**   See Local Rule 47.6.

_____

   [*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.